

# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
SIDNEY L. MANES

CECELIA R.S. CANNON
PAUL J. DOMINSKI
EMILEE K. LAWSON HATCH ***
JULIA J. MARTIN
VICTOR L. PRIAL
DAVID C. TEMES
JOSHUA S. WERBECK

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

July 26, 2011

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re: **Bruce W. Holbrook**
    **Case No.: 10-32398**

Dear Clerk:

Enclosed please find a check in the amount of 19.05 representing funds payable to claimants. For your convenience, I have enclosed a Claims Distribution Small Checks report with the names and addresses for each claimant included in the check.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
Encl.
1600755.1

FILED
JUL 27 2011
OFFICE OF THE BANKRUPTCY
UTICA, NY

received 7/27/11

Receipt # 61100356

RECEIVED
JUL 27 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

WWW.GSLAW.COM

# Claims Distribution Small Checks

**Trustee: MICHAEL J. BALANOFF (520830)**

**Case:** 10-32398 - HOLBROOK, BRUCE W.

**Account No.:** 120065858708166

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 113 | 07/25/11 | | | | Payee: U.S. BANKRUPTCY COURT CLERK | | | Check Amount: | $19.05 |
| | | 3 | 11/29/10 | 610 | Precision Photo-Fab, Inc. 4020 Jeffrey Blvd Buffalo, NY 14219 | 915.00 | 915.00 | 4.94 | 4.94 |
| | | 4 | 11/29/10 | 610 | Precision Photo-Fab, Inc. 4020 Jeffrey Blvd Buffalo, NY 14219 | 915.00 | 915.00 | 4.93 | 4.93 |
| | | 5 | 11/24/10 | 610 | SOLVAY VILLAGE ELECTRIC BILLING DEPT. 507 Charles Ave., Solvay, NY 13209 | 925.92 | 925.92 | 4.99 | 4.99 |
| | | 7 | 12/03/10 | 610 | Hubbard Hall, Inc. P.O. Box 790 Waterbury, CT 06720 | 625.25 | 625.25 | 3.37 | 3.37 |
| | | 10 | 12/14/10 | 610 | National Grid Attn: Bankruptcy Dept. 300 Erie Blvd. West Syracuse, NY 13202 | 151.96 | 151.96 | 0.82 | 0.82 |

(*) Denotes objection to Amount Filed