# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE  NEW YORK 13202 · P 315 422 1391 · F 315 422 3549◆

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.
——

OF COUNSEL:

EDWARD S. GREEN ‡
GARY J. LAVINE **
SIDNEY L. MANES
——
CECELIA R.S. CANNON
PAUL J. DOMINSKI
EMILEE K. LAWSON HATCH ***
JULIA J. MARTIN
VICTOR L. PRIAL
DAVID C. TEMES
JOSHUA S. WERBECK
——
ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004
——

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ◆

October 24, 2011

U. S. Bankruptcy Court Clerk
James M. Hanley Federal Building
100 South Clinton Street, Room 315
Syracuse, New York 13202

Re:   Bruce W. Holbrook
      Case No. 10-32398

Dear Clerk:

Enclosed please find a check in the amount of $6.64 representing the dividend paid to PTF Technologies, Inc., 6604 West 174, Tinley Park, IL 60477. The check was not cashed within the 90 day time frame. A stop payment was issued and a new check was issued payable to the Bankruptcy Court Clerk.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
GREEN & SEIFTER, ATTORNEYS, PLLC

Michael J. Balanoff, Trustee

MJB/cam
Enclosure
1653839.1

WWW.GSLAW.COM